
FILED
CLERK, U.S. DISTRICT COURT
JUN 1 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ALBERT LOPEZ, DEFENDANT(S). | CASE NUMBER<br><br>17-MJ-1539<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant and for good cause shown</u>, IT IS ORDERED that a detention hearing is set for <u>June 28</u>, <u>2017</u>, at <u>3:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Carl Hoffman</u>, in Courtroom <u>3C in USDC in Las Vegas</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 6/16/2017

U.S. ~~District Judge~~/Magistrate Judge